## SOUTHERN STATES FIRE & CASUALTY INS. CO. V. HARD.
(Decided Nov. 27, 1912.)

APPEAL from Birmingham City Court.

Heard before Hon. C. C. NESMITH.

No counsel marked for either party.

Per curiam. Dismissed for failure to file transcript in time.

## STANFORD V. THE STATE.
(Decided Jan. 23, 1913.)

APPEAL from Henry Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

## STEPHENSON V. THE STATE.
(Decided Feb. 4, 1913.)

APPEAL from Henry Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Affirmed.

## THOMAS V. CITY OF BIRMINGHAM.
(Decided Nov. 27, 1912.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROWE.

No counsel marked for appellant. ROMAINE BOYD, for appellee.

Per curiam. Appeal dismissed for want of prosecution.